## United States Bankruptcy Court
### Middle District of Florida

In re    **D.A.B. Constructors, Inc.**

Case No. _____

Debtor(s)

Chapter    **7** _____

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    09/03/2021

Debora A. Bachschmidt, President
Signer/Title

A Plus Sock Inst.
Spec., Inc.
321 Orleander Way
Casselberry, FL 32707

A-Able Septic/Sewer
Services, Inc.
2190 N. Crede Avenue
Crystal River, FL 34428-5812

A-Plus Dewatering
Group, Inc.
321 Orleander Way
Casselberry, FL 32707

Acme Barricades LLC
9800 Normandy Blvd.
Jacksonville, FL 32221-2036

Adams, William
10407 Norvell Road
Springhill, FL 34608

Addison, Donte
753 NE 9th St., Apt. #C107
Crystalriver, FL 34428

ADM Asphalt Drum
Mixers, Inc.
1 Adm Parkway
Huntertown, IN 46748

Advanced Septic, LLC
6991 W. Gulf to Lake Hwy
Crystal River, FL 34429

Aerial Innovations Inc.
3703 W. Azeele Street
Tampa, FL 33609

Agricon, Inc.
5211 W. Hwy 40
Ocala, FL 34482

Akca, LLC
4603 Reece Road
Plant City, FL 33566

Albert, Melvin
1400 Strawberry Place, #5
Plant City, FL 33563

Alers Hauling, Inc.
4305 West Cayuga Street
Tampa, FL 33614

Alford Construction Inc.
P.O. Box 15757
Tampa, FL 33684-5757

Ali, Majeed
7615 Judith Cresent
Port Richey, FL 34668

Aliberti, Albert J.
17924 Cunningham Ct.
Land O Lakes, FL 34638

Alkire, Gabriel
7281 W Village Dr.
Homosassa, FL 34446

All South Underground LLC
115 Crestwood Dr.
Safety Harbor, FL 34695

Allen, Bruce
3341 W. Horace Allen St.
Lecanto, FL 34461

Allen, Vincent
19012 Quarry Badger Road
Land O Lakes, FL 34638

Almas, Lance
24038 Eppey Dr.
Brooksville, FL 34601

Almond Oil Company
504 SE Williston Road
Gainesville, FL 32641

Almond, William
16177 Paxford Ln.
Brooksville, FL 34607

American Auto Glass Of
Citrus
5341 W. Stargazer Lane
Dunnellon, FL 34433

American Contractors Indem.
c/o Eules A. Mills, Jr.
Mills Paskert Divers P.A.
100 N. Tampa St., #3700
Tampa, FL 33602-5835

American Express
Attn: Express Mail Remitt
1200 W 7th ST.  L2-200
Los Angeles, CA 90017

American Infrastructure
Services, Inc.
11341 Lindbergh Drive
Fort Meyers, FL 33913

American Inline Services,
Inc.
415 Timaquan Trail
Edgewater, FL 32132

American Site & Utilities, Inc
1401 NW 53 Avenue
Gainesville, FL 32609

Amick, Richard
6219 S Wildermuth Pt.
Homosassa, FL 34446

Amroad, LLC
3975 Pembroke Road
Hollywood, FL 33021

Anderson Columbia Co., Inc.
871 NW Guerdon Street
Lake City, FL 32055

Anderson, John
P.O. Box 463
Homosassa, FL 34447

Anderson, Matthew
12465 Drysdale Street
Springhill, FL 34609

Angelo's Recycled Materials
855 28th Street South
St. Petersburg, FL 33772

Apex Office Products
1811 N. Pine Ave.
Ocala, FL 34476

APHR Associates, Inc
P.O. Box 292886
Tampa, FL 33687

Arcarola, Johnathan
4548 Tiburon Avenue
Springhill, FL 34608

Arch Insurance Company
Harborside 3
210 Hudson Street, Suite 300
Jersey City, NJ 07311

Arch Insurance Company
3 Parkway, Suite 1500
Philadelphia, PA 19102

Argos Ready Mix, LLC
P.O. Box 733134
Dallas, TX 75373-3134

Asher, Jacob
13375 Ravilla Avenue
Brooksville, FL 34614

Asphalt Contractors Associates of Florid
1007 E. Desoto Park Drive
Suite 201
Tallahassee, FL 32301

Asphalt Paving Systems, Inc.
9021 Wire Road
Zephyrhills, FL 33540

Atkinson, Larry
7280 Poppas Pass
Brooksville, FL 34602

Atkinson, Raymond
1430 Nobleton Avenue
Springhill, FL 34608

Avery, Dakota
6606 S. Wildermuth Pt.
Homosassa, FL 34446

B & M Equipment
7722 S.E. 126th Place
Belleview, FL 34421

Bachschmidt, Debora
62 Highway 40 West
Inglis, FL 34449

Bachschmidt, William
62 Highway 40 West
Inglis, FL 34449

Baerga, Israel
3762 South Alabama Avenue
Homosassa, FL 34448

Balladares, Francisco
29 N. Lee Street
Beverly Hills, FL 34465

Bank of America Business Card
P.O. Box 15710
Wilmington, DE 19886-5710

Barnes, Kathryn
3153 SW Breezy Point Dr.
Dunnellon, FL 34431

Battle, Rodni
817 Twigg St.
Brooksville, FL 34601

Baxter, Roxanne
13272 Sun Rd.
Brooksville, FL 34613

Baxter, Wayne
13272 Sun Rd.
Brooksville, FL 34613

Beard Equipment Company
2480 East I-65 Service Rd. N
Mobile, AL 36617

Beasley Tire Co.
P.O. Box 980
Inglis, FL 34449

Bell, Dakota
P.O. Box 2574
Hawthorne, FL 32640

Benson, Dwight
13401 SW 97 Pl.
Dunnellon, FL 34432

Bernard, Brandon
1030 N. Midiron Pt.
Crystal River, FL 34429

Bertulli, Timothy
30 North Kaufman Terrace
Inverness, FL 34453

Bevington, Peter
9018 N. Golfview Dr.
Citrus Springs, FL 34434

Bevington, Steven
9018 N. Golfview Dr.
Citrus Springs, FL 34434

Biggs, Mark
P.O. Box 156
Ottercreek, FL 32683

Bindah, Clyde
6417 Grapewood Rd.
Springhill, FL 34609

Bishop, George
27144 Colassa Rd.
Brooksville, FL 34601

Black, Jamie
208 N. Big Oaks Pt.
Lecanto, FL 34461

Black, Michael
6209 Pleasant Street
Zephyrhills, FL 33542

Blackrock Milling, LLC
2011 W. Cleveland St.
Suite A
Tampa, FL 33606

Blasters, Inc.
7813 Professional Place
Tampa, FL 33637

Blevins Road Boaring, Inc.
15044 Reginald Lane
Hudson, FL 34667

BMB Conveyor Serv of Florida
Inc., dba Davis Industrial
5010 - 16th Avenue South
Tampa, FL 33619

Bolding, James
6924 West Kelly Ct.
Crystal River, FL 34429

Bolz, Mark
4465 Orlando Ave.
Brooksville, FL 34604

Bonn-J Contracting, Inc.
2596 Curryville Road
Chuluota, FL 32766

BP Construction Group, Inc.
3638 131st Avenue North
Clearwater, FL 33762

BP Energy Company
P.O. Box 848119
Dallas, TX 75284-8119

Bradley, Randolph
12183 Birch Street
Springhill, FL 34613

Braithwaite, Eric
9010 St Regis Ln.
Port Richey, FL 34668

Brand, Robert
5120 Landover Blvd.
Springhill, FL 34609

Bravo, Guillermo
8405 Paul Buchman Hwy
Plant City, FL 33656

Breau, Sr, David
14010 Shea Drive
Brooksville, FL 34610

Bright, Matthew
1221 Emerson St.
Inverness, FL 34450

Brown, Charles
10462 Parkside Ct.
Springhill, FL 34608

Brown, Edward
28375 Ilamae Way
Brooksville, FL 34602

Bryant, Joey
1111 Herndon St.
Leesburg, FL 34748

Buck & Buck
5198 Drew Street
Brooksville, FL 34604

Burgess, Louis
4551 Breakwater Blvd.
Springhill, FL 34607

Burke, William
1492 W. Omaha Pl.
Citrus Springs, FL 34434

Bybie, Carman
4513 Bromley Avenue
Springhill, FL 34609

C&M Earthworks, Inc.
15140 Bailey Hill Rd.
Brooksville, FL 39614

C. Slagter Construction Co.
1001 W. Jasmine Dr., Ste G
Lake Park, FL 33403-2119

Callari, Matthew
18398 Lee Avenue
Brooksville, FL 34601

Campbell, Wesley
19208 Ace Lane
Dade City, FL 33523

Cannon, Mark
11811 Broad St, Lot #20
Brooksville, FL 34601

Carifi, Frank
21459 Cambel Dr.
Brooksville, FL 34601

Carpenter, Timothy
5630 S. Atlantisway
Homosassa, FL 34446

Castro, Edgar Gutierrez
1433 Summergate Dr.
Valrico, FL 33594

Castro, Juan
5392 SE 183rd Avenue Rd.
Ocklawaha, FL 32179

Caterpillar Financial Services
P.O. Box 730681
Dallas, TX 75373-0681

Caterpillar Financial Services Corp.
2120 West End Avenue
Nashville, TN 37203

Cates, Joseph
27490 Magnon Drive
Brooksville, FL 34601

Cates, Robert
8998 Midwater Ct.
Inverness, FL 34453

Cemex, Inc.
13008 Telecom Dr.
Suite 300
Tampa, FL 33637

Central Florida Silt Fence LLC
4630 Deer Run Rd.
St. Cloud, FL 34772

Central Florida Transport, LLC
P.O. Box 700
Coleman, FL 33521

Central Hydraulics Hose & Acc.
820 Thomas Avenue
Leesburg, FL 34748

Central Hydraulics Of Ocala
1661 N.W. 58th Lane
Ocala, FL 34475

Central State Aggregates, LLC
P.O. Box 100
Crystal Springs, FL 33542

Central Testing Laboratory
130 Satellite Court
Leesburg, FL 34748

Cestaro, Ronald
13560 Coronado Dr.
Springhill, FL 34609

Chapel, Wayne
3762 S. Alabama
Homosassa, FL 34448

Charron, Justin
8122 Krag Dr.
Hudson, FL 34667

Chase, Aaron
10441 SE Timucuan Rd.
Summerfield, FL 34491

Chestnut, David
148 Park St.
Inglis, FL 34449

Chilel, Maximo
13254 Siam Dr.
Springhill, FL 34609

Chilel, Walter
305 Roosevelt Ave
Brooksville, FL 34604

Chrispen, Steven
2779 Landover Blvd.
Springhill, FL 34608

Christensen, Ronald
18285 Fort Dade Avenue
Brooksville, FL 34601

Church, Marissa
7091 W Sasser St.
Homosassa, FL 34446

Cintas Corporation
Cintas Location #51k
P.O. Box 630921
Cincinnati, OH 45263-0921

Citrus County Board of County
Commissioners
3600 W. Sovereign Path, Ste. 266
Lecanto, FL 34461

Citrus County Board of County Comm.
Charles Leazott, Eng. Oper. Mgr.
Dept. of Public Works/Engineering
3600 W. Sovereign Path, Ste. 241
Lecanto, FL 34461

City of Gainesville Public Works
405 NW 39th Avenue
Box 58
Gainesville, FL 32627-0490

City of Leesburg
P.O. Box 491286
Leesburg, FL 34749

City of Ocala
Attn. Tiffany Kimball, Contracting Off.
110 SE Watula Avenue
3rd Floor
Ocala, FL 34471

Clark, Jermaine
14169 Springhill Drive
Springhill, FL 34609

Cleaning Tampa, LLC
2721 N. Forsyth Rd.
Winter Park, FL 32792

Clearview Pressure Wash Inc.
7821 Clark Moody Blvd
Port Richey, FL 34668

CNA Surety
Legal Department
41st Floor
333 South Wabash Ave.
Chicago, IL 60604

Coley, Carl
18902, Apt #3, US Hwy 41
Springhill, FL 34610

Collier, Jesse
25424 Ash St.
Brooksville, FL 34601

Colpitts, James
13227 Waterford Castle Drive
Dade City, FL 33525

Commercial Service & Repair
4702 N. Clark Ave.
Tampa, FL 33614

Computerease/NDS Forms Div.
2305 Circadian Way
Santa Rosa, CA 95407

Conley, Kevin
8116 Adrian Dr.
Brooksville, FL 34613

Connery, Edward
7281 W Village Dr.
Homosassa, FL 34446

Connery, Erica
7281 W. Village Dr.
Homosassa, FL 34446

Construction Materials
608 N 19th Street
Tampa, FL 33605

Contech Engineered Sol., LLC
9025 Centre Point Drive
Suite 400
West Chester, OH 45069

Conti, LLC
2001 N. Andrews Ave.
Pompano Beach, FL 33069

Contreras, Jose Martinez
342 1st St., Unit F
Auburndale, FL 33823

Cook, Matthew
13307 Little Farms Dr.
Springhill, FL 34609

Cooper, Gary
3104 Coronet Ct.
Springhill, FL 34609

Cordero, Angel Salaman
9172 SW 32nd Terrace
Ocala, FL 34476

Core & Main LP
P.O. Box 28330
St. Louis, MO 63146

Corman, Ryan
7766 E. Spanish Trl.
Floral City, FL 34436

Corran, Derrick
4041 Croaker Dr.
Hernando Beach, FL 34607

Corran, Todd
4041 Croaker Dr.
Hernando Beach, FL 34607

County Materials Corporation
P.O. Box 38
Marathon, WI 54448-0038

Crockett's Towing, LLC
Po Box 628703
Orlando, FL 32862-8703

Croom, John
1782 W. High Acres St.
Lecanto, FL 34461

Crushing, Inc.
P.O. Box 300637
Fern Park, FL 32730

D'Amico, Gary
1075 W. Legion Ct.
Hernando, FL 34442

D'Anunzio, Jens
10462 Wren Rd.
Weeki Wachee, FL 34613

Daniel, Peter
6244 W. Carter Rd.
Homossasa, FL 34448

Dart, Angela
6130 Broad St., Lot 69
Brooksville, FL 34601

Day, James
27144 Colassa Rd.
Brooksville, FL 34601

Days, Dorothy
4230 Lee Road
Springhill, FL 34608

Deangelo Brothers, LLC
100 North Conahan Drive
Hazelson, PA 18201

Deininger, Paul
7799 SE 174th Glen Leven Loop
The Villages, FL 32612

Delamere Industries, Inc.
dba Elite Fence
19370 Oliver Street
Brooksville, FL 34601

Delgado, Leonel
15034 Hardee Avenue
Dade City, FL 33523

Denson Construction, Inc.
4270 Holden Rd
Lakeland, FL 33811

Deschenes, Francine
1194 N. Tiger Point
Lecanto, FL 34461

Deve Seereeram, Ph.D.,P.E., LLC
5500 Alhambra Drive
Orland, FL 32808

Diamond C Logistics, LLC
2729 W Main Street
Leesburg, FL 34748

Diaz, Jesus
8820 Wire Rd.
Zephyrhills, FL 33540

Diaz, Jose
37037 Tait Avenue
Dade City, FL 33523

Diiorio, Charles
868 SE 8th Avenue
Crystal River, FL 34429

Dobbs Equipment, LLC
4618 Scarborough Drive
Lutz, FL 33559

Doodie Calls, Inc
312 Maraviya Blvd.
North Venice, FL 34275

Doucette, Jonathan
7522 Beacon Woods Dr.
Bayonet Point, FL 34667

Douglass, Sean
2748 S. Pine Ridge
Homosassa, FL 34448

Downs, Christopher
11811 N. Broad Street
Lot 4B
Brooksville, FL 34601

Duff, Roy
7051 W. Shadow Ct.
Homosassa, FL 34446

Dugan, Tracy
38230 Palm Grove Drive
Zephyrhills, FL 33542

Dunn, Raymond
672 Whispering Pines Ct.
Inverness, FL 34453

Dupont, Vanzell
1022 Howell Avenue
Apt #B7
Brooksville, FL 34602

Dustin Nelson, Inc.
14441 Se Hwy 301
Summerfield, FL 34491

Eagle Buick GMC Trucks, Inc.
1275 S. Suncoast Blvd.
Homosassa, FL 34446

Earthscapes Unlimited, Inc.
P.O. Box 819
Coleman, FL 33521

Edralin, Rabecca
2009 NE 2nd St.
Ocala, FL 34470

Egge, Johnny
5 Montana St.
Beverly Hills, FL 34465

Elkins, James
510 Old Colony Road
Leesburg, FL 34748

Elkins, Lundy
18391 SE 72nd Avenue
Inglis, FL 34449

Elliott, Vickie
4930 Kenilworth Terrace
Hernando, FL 34442

Ellis, Jr., Ralph D.
292 Moses Creek Blvd.
St. Augustine, FL 32086

Emerald Coast Striping, LLC
1901 East Ave.
Panama City, FL 32405

Entrekin, Charles
9 Roosevelt Blvd.
Beverly Hills, FL 34465

Epic Materials, Inc.
P.O. Box 830490
Ocala, FL 34473

Erickson, Kathy
3091 N. Oakland Terrace
Crystal River, FL 34428

Esteves, Greg
4043 La Pasida Lane
New Port Richey, FL 34655

Eugene, Desiree
1015 McNamee St., Apt #2
Leesburg, FL 34748

Evans, Jermaine
10752 High Meadow Ct.
Springhill, FL 34608

Everett, Michael
c/o Eduardo R. Latour, Esq.
Latour & Associates, P.A.
135 East Lemon Street
Tarpon Springs, FL 34689

Everett, Thomas
16430 Seminole Blvd.
Brooksville, FL 34601

Excel Printing, Inc.
P.O. Box 262
Crystal River, FL 34423

Farley, Michael
3389 W. Proverbs Ct.
Lecanto, FL 34461

FDOT - District 2
1109 S. Marion Avenue
Lake City, FL 32025-5874

Ferguson Waterworks
8008 E. Sligh Ave.
Tampa, FL 33610

Finishing Systems of Florida, Inc
160 Dog Track Road
Longwood, FL 32750

Fiore, Joseph
11449 Lagorce Avenue
Springhill, FL 34609

Fisher, Barry
6033 Knollwood Dr.
Dade City, FL 33523

Fisk, Eric
6924 W. Kelly Ct.
Crystal River, FL 34429

Fitzgerald, Garry
3199 NE CR 354
Mayo, FL 32066

Fitzgerald, Richard
529 S. Parsons Avenue #710
Brandon, FL 33511

Fla. Trans Builders Associates
1007 East Desoto Park Dr.
Suite 200
Tallahassee, FL 32301

Flagler Construction Equipment
8414 Palm River Road
Tampa, FL 33619

Fleet Tech
6640 State Road 52
Bayonet Point, FL 34667

Florida Concrete Recycling, Inc.
18515 SW Archer Road
Archer, FL 32618

Florida Department of Agriculture
15019 Broad Street
Brooksville, FL 34601

Florida Department of Revenue
5050 W. Tennessee Street
Tallahassee, FL 32399

Florida Department of Transportation
District 7
Construction Engineer or Main. Eng.
11201 N. Malcolm McKinley Drive
Tampa, FL 33612

Florida Department of Transportation
Turnpike
P.O. Box 9828
Fort Lauderdale, FL 33310-9828

Florida Dirt Group, Inc.
1512 S. Riverside Drive
New Smyrna Beach, FL 32168

Florida Express Environmental
P.O. Box 5058
Ocala, FL 34478-5058

Florida Police Security Services
11817 Murcott Way
Land O'Lakes, FL 34638

Florida Research, Inc.
P.O. Box 3129
Clearwater, FL 33767

Fonseca, Alexander Perez
11159 Nexus St.
Springhill, FL 34609

Ford Credit
P.O. Box 650575
Dallas, TX 75265

Ford, Terrence
26369 Dallas Drive
Brooksville, FL 34602

Fortiline Waterworks
1031 S 86th Street
Tampa, FL 33619-4916

Gagnon, Steven
4208 Bing Ave.
Springhill, FL 34606

Gainesville Regional Utilities
301 S.E. 4th Avenue
Gainesville, FL 32601

Gardner Asphalt Supply
36548 Treasury Center
Chicago, IL 60694-6500

Gary James, Inc.
P.O. Box 271508
Tampa, FL 33688-1508

Gaskin, Anthony
20 S. Jackson St.
Beverly Hills, FL 34465

Gelner, William
715 SE 36th Ln.
Ocala, FL 34471

General Auto Parts-Brooksville
804 W. Martin Luther King Blvd.
Brooksville, FL 34601

George, David
1000 Bennett Lane
Brooksville, FL 34604

Gibbs, Brian
16353 Penn State Rd.
Weeki Wachee, FL 34614

Gilley, Marshal
P. O. Box 1253
Inglis, FL 34449

Ginyard, Odis
4205 SE 61st Street
Ocala, FL 34480

GM Financial
P.O. Box 183593
Arlington, TX 76096-3834

Godwin, Robin
3207 East Diana St.
Tampa, FL 33610

Goher, Omar
8345 Belmont Rd.
Spring Hill, FL 34606

Gonzales, Pablo
2313 N. Dover Rd
Dover, FL 33527

Goodman, Mark
93 Douglas St.
Homosassa, FL 34446

Goodwin, Steven
7250 NE 33rd Ct.
Ocala, FL 34479

Gould Concrete Construction
22596 Jacobson Road
Brooksville, FL 34601

GP3 Trucking, LLC
9271 Royal Palm Avenue
New Port Richey, FL 34654

Grahn, Corey
12211 Lacey Drive
New Port Richey, FL 34654

Greber, Jim
4262 S. Centennial Lane
Homosassa, FL 34446

Grill, Gary
1650 E. Pacific Lane
Inverness, FL 34453

GSE Engineering & Consulting, Inc.
5590 SW 64th Street, Suite B
Gainesville, FL 32608

GSK Crane Service Inc.
19200 Ayers Road
Brooksville, FL 34604

H & M Electrical Underground Utilities
2551 West Orange Blossom Trail
Apopka, FL 32712

Hager, Nicholas
13295 Mitten Lane
Springhill, FL 34608

Hancock, Ernest
7110 Castena Dr.
Port Richey, FL 34668

Hancock, Peter
10249 Beechcraft St.
New Port Richey, FL 34654

Hart, Rashaad
915 Josephine St.
Brooksville, FL 34601

Hassell, Jamie
10417 Casa Grande Circle
Springhill, FL 34608

Hauk, Jared
4900 SW 46th Ct.
Unit #912
Ocala, FL 34474

Havron, Cy
8 Della St.
Beverly Hills, FL 34465

Hayward Baker
5461 W Waters Ave, Suite 900
Tampa, FL 33634

HDR Engineering, Inc.
4830 W. Kennedy Blvd., Suite 400
Tampa, FL 33609

Heavyquip
ITR America, LLC
P.O. Box 741190
Atlanta, GA 30374

Hernandez, Marco Lopez
305 Roosevelt Avenue
Masaryktown, FL 34604

Hernandez, Tomas
906 White Way Drive
Brooksville, FL 34601

Hernando County
20 N. Main Street, Room 263
Brooksville, FL 34601

Hernando County Attorney's Office
20 Main Street
Suite 362
Brooksville, FL 34601

Hernando County Board of
County Commissioners
1525 E. Jefferson Street
Brooksville, FL 34608

Hernando County Board of
County Commissioners
Dept. of Purchasing and Contracts
1653 Blaise Drive
Brooksville, FL 34601

Hernando County, Florida
c/o Airport Manager
15800 Flight Path Drive
Brooksville, FL 34604

Hicks, Dashawn
347 Springhaven Loop
Springhill, FL 34608

Highway Safety Devices, Inc.
6480 Harney Road
Tampa, FL 33610-9592

Hills Shred Express
P.O. Box 1718
Ocala, FL 34478-1718

Hinck, Keith
9703 Eldridge Rd.
Springhill, FL 34608

Hitchcock, Curtis
8955 W. Cereus Way
Crystal River, FL 34428

Homosassa Water District
P.O. Box 195
Homosassa, FL 34487

Horace, Robert
P.O. Box 895051
Leesburg, FL 34789

Hose Makers Plus
9625 Denton Ave.
Hudson, FL 34667

Howard, Kevin
11869 SW 45th St.
Webster, FL 33597

Howell, William
403 West Cherry St.
Plant City, FL 33563

Howton, William
3055 N. Quarterhorse Terrace
Crystal River, FL 34428

Huett, Randy
4319 Orlando Avenue
Brooksville, FL 34604

Huett, Robert
8391 Adrian Drive
Brooksville, FL 34613

Hulse, Kenneth
6161 S. Sundial Drive
Floral City, FL 34436

Hunt, Cheyenne
12402 Lamont Avenue
New Port Richey, FL 34654

Hunt, Lowell
12402 Lamont Avenue
New Port Richey, FL 34654

Icon Consultant Group, Inc.
10006 N. Dale Mabry Highway
Suite 201
Tampa, FL 33618

Inwood Consulting Eng., Inc.
3000 Dovera Dr., Suite 200
Oviedo, FL 32762

Ion Electric, LLC
2001 N. Andrews Ave.
Pompano Beach, FL 33069

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7345

Jackson, Wilbur
715 Sunbright Dr.
Apt #B
Seffner, FL 33634

James, Benjamin
2245 N. Crede Avenue
Crystal River, FL 34428

Jameson Consulting, Inc.
455 Osprey Landing Way
Lakeland, FL 33813

Janes, Corey
6079 West Pine Circle
Crystal River, FL 34449

Janes, Gregory
3100 West Marie Drive
Citrus Springs, FL 34433

Janes, Paul
8394 W. La Parade Loop
Homosassa, FL 34448

Jason Parker, PE
Ardaman & Associates, Inc.
8008 S. Orange Avenue
Orlando, FL 32809

John Deere Construction & Forestry
Company
6400 NW 86th Street
Johnston, IA 50131

John Deere Financial
P.O. Box 650215
Dallas, TX 75265-0215

Johns, Joseph
4574 East Harvard St.
Hernando, FL 34442

Johnson, Alton
1602 SE 39 Pl.
Gainesville, FL 32641

Johnson, Johnathan
787 Althea Avenue
Umatilla, FL 32784

Jones, David
4866 CR 687
Webster, FL 33597

Jones, Gregory
6184 E. Holly St.
Inverness, FL 34452

Jones, John
3228 Eels Grove Rd.
Edgewater, FL 32141

Jones, Samuel
3170 NE 42nd Pl.
Ocala, FL 34479

Joyles, Jeffrey
11259 Old Crystal River Road
Brooksville, FL 34601

JP's Sprayers & Tanks
912 E. Norvell Bryant Hwy
Donovan Square
Hernando, FL 34442-2826

Junction City Mining Co., LLC
P.O. Box 1829
Lake City, FL 32056-1829

Jurasik, Anthony
329 S Jefferson St.
Beverly Hills, FL 34465

K&K Glass, Inc
5938 7th St
Zephyrhills, FL 33542

Kacher Construction, Inc.
P. O. Box 1236
Port Richey, FL 34673

Kardell, James
P.O. Box 253
Ocklawaha, FL 32183

KCE, Inc.
7597 Nutty Buddy Circle
Glen Saint Mary, FL 32040

Kelley, Robert
5383 Pillar Avenue
Springhill, FL 34608

Kenco Corporation
170 State Route 271
Ligonier, PA 15558

King, Bruce
437 NE 13th St.
Crystal River, FL 34428

Kleinhanzl, Kory
4020 S Kindness Pt.
Homosassa, FL 34446

Kline, James
6954 South Threshold Pt.
Homosassa, FL 34446

Knight, Edward
6234 W. Pinedale Circle
Crystal River, FL 34429

Komatsu Financial
P.O. Box 99303
Chicago, IL 60693-9303

Komatsu Financial Limited Partnership
1701 W. Golf Road
Suite 1-300
Rolling Meadows, IL 60008

KWI of Ocala
930 N.W. 27th Avenue
Ocala, FL 34475

Lago Verde Mine, LLC
16107 Hwy 41
Spring Hill, FL 34610

Lake County Board of County Comm.
Attn.:  Public Works Director
P.O. Box 7800
Tavares, FL 32778

Lake County Board of County Comm.
Attn.: County Manager
P.O. Box 7800
315 W. Main Street
Tavares, FL 32778-7800

Lalla, Jeremie
7001 Mullins Rd.
Brooksville, FL 34604

Lambert, Eric
9061 N. Mercedes Terrace
Crysta Lriver, FL 34428

Larocca, Richard
28930 Maine Rd.
Homestead, FL 33033

Lasanta, Genaro
5361 California St.
Brooksville, FL 34604

Lawrence, Capreece
10395 Fieldvue Rd.
Brooksville, FL 34163

Lawrence, Robert
12064 Palmetto Way
Dunnellon, FL 34432

Lawson, Richard
P.O. Box 1094
Brooksville, FL 34605

Lebron, Gustavo Andres Rubio
c/o Hussein S. El Rashidy
The EH Law Firm, LLP
912 S. Andrews Avenue
Fort Lauderdale, FL 33316

Ledford, Justin
237 S. Rock Crusher Rd.
Crystal River, FL 34429

Lemke, Michael
390 NW 113th Circle
Ocala, FL 34482

Lemke, Timothy
1549 W. Laurel Glen Path
Hernando, FL 34442

Lendon, Mark
315 S. Jefferson St.
Beverly Hills, FL 34465

Lengemann Corporation
P.O. Box 39
43316 State Road 19
Altoona, FL 32702

Letrent, Richard
3926 S Placid Avenue
Inverness, FL 34452

Leverette, Zane
3044 Sunset Vista Dr.
Springhill, FL 34607

Leware Construction Company of
Florida,Inc.
925 Thomas Avenue
Leesburg, FL 34748

Lichty, Kyle
4465 Orlando Avenue
Brooksville, FL 34604

Lightfoot, Anthony
27606 Goldenmeadows Dr.
Wesley Chapel, FL 33544

Limas, Estevan
15025 Manatee Avenue
Dade City, FL 33525

Limas, Javier
15033 Hardee Avenue
Dade City, FL 33523

Limas, Jorge
15025 Manatee Avenue
Dade City, FL 33523

Lindall, Rodney
715 Desota Avenue
Inverness, FL 34452

Lindbloom, Henry
16129 Magnolia Warbler Rd.
Weeki Wachee, FL 34614

Linder Ind. Machinery Co.
110 Halsema Road South
Jacksonville, FL 32220-1658

Linkous, Amanda
2245 N. Crede Avenue
Crystal River, FL 34428

Linkous, Robert
2245 N. Crede Avenue
Crystal River, FL 34428

Littlejohn, Juanita
9891 CR 235A
Wildwood, FL 34785

Logan, Jesse
26396 Seidel St.
Brooksville, FL 34602

Lopez, Gumercindo
305 Roosevelt Avenue
Brooksville, FL 33604

Lopez, Martinez Ronal
96 Broad Street
Brooksville, FL 34604

Lott, Joseph
1964 Cove Lane
Clearwater, FL 33764

Luhellier, Brad
16925 SE 100 Ct
Summerfield, FL 34491

Lunsford, Mark
11308 Sagamore St.
Springhill, FL 34609

M. E. Wilson Co., Inc.
300 W. Platt Street, Suite 200
Tampa, FL 33601

M.J. Stavola Industries
P.O. Box 1209
Anthony, FL 32617

Macedo, Wellington
12320 Paperquest Avenue
Weeki Wavhee, FL 34614

Macedonio, Victor
2331 Mispha Avenue
Apt. #2
Leesburg, FL 34748

Mack Industries, Inc.
23902 County Road 561
Astatula, FL 34705

Macmahon, Charles
18815 Lansford Dr.
Hudson, FL 34667

Madrey, Marvin
721 Hazel Ave.
Brooksville, FL 34601

Mallett, Leslie
9751 Sheryl Drive
New Port Richey, FL 34654

Mancini Development Corp.
9614 Tree Tops Lake Road
Tampa, FL 32626

Marble, Edward
48 N. West Avenue
Inverness, FL 34453

Marion County Board of County
Commissioners
601 SE 25th Avenue
Ocala, FL 34471

Marion County Board of County
Commissioners
2631 SE Third Street
Ocala, FL 34471

Marion County MSTC/Assessment
c/o Marion County, a political subd.
of the State of Florida
601 SE 25th Avenue
Ocala, FL 34471

Marriott, Scott
6641 N. Ewok Pt.
Dunnellon, FL 34433

Martinez, Eduardo
12491 Drayton Drive
Springhill, FL 34609

Massey Services, Inc.
W. 3609 Main Street
Leesburg, FL 34748

Mast, Timothy
4136 Glad Rd.
Springhill, FL 34606

Mastrippolito, Anthony
P.O. Box 564
Ocala, FL 34478

Matheson Tri-Gas, Inc.
Dept 3028
P.O. Box 123028
Dallas, TX 75312

Matthews, William
3811 Southred Eagle Terrace
Homosassa, FL 34448

McAlpine Environmental Consulting, Inc.
18312 Cortez Blvd.
Brooksville, FL 34601

McCain Mills, Inc.
5605 Paul Buchman Hwy.
Plant City, FL 33565

McCall, Donald
5101 Strickland Trl.
Dade City, FL 33523

McCann DRB Services, Inc.
2601 SE 6th Street
Pompano Beach, FL 33062

McClure, Richard
18845 Akins Dr.
Spring Hill, FL 34610

McDonald, Larry
10265 W. Pamondeho Circle
Crystal River, FL 34428

McFee, Chadwick
6140 S Esmeralda Terrace
Lecanto, FL 34461

McSweeney, Michael
9927 S. Arabian Avenue
Floral City, FL 34436

Meintzschel, Hans
c/o Brent M. Lowman, Esq.
Lowman Law Firm
31 S. Main Street
Brooksville, FL 34601

Meintzschel, Susan K. Hill
c/o Brent M. Lowman, Esq.
Lowman Law Firm
31 S. Main Street
Brooksville, FL 34601

Mejia, Carlos
96 Broad Street
Brooksville, FL 34604

Mendoza, Alexander
515 Jewel St.
Brooksville, FL 34601

Merrill, Jimmy
2870 W. Edison Pl.
Citrus Springs, FL 34433

Merriweather, Quatavia
374 Winthop Drive
Springhill, FL 34609

Metzing, Christopher
188 Juniper Run
Ocala, FL 34480

Michalak, Matthew L.
120 Laurel Tree Way
Brandon, FL 33511

Miller Bros. Giant Tire, Inc.
P.O. Box 12012
Brooksville, FL 34603

Miller Sod And Services Inc.
2621 NE 46 Lane
Ocala, FL 34479

Miller, Aaron
89 S. Lee St.
Beverly Hills, FL 34465

Miller, James
2315 S. Creason Terr.
Inverness, FL 34452

Mitten, John
5296 Tropical Pt.
Springhill, FL 34607

Mobley, Harold
1015 McNamee St.
Apt. #2
Leesburg, FL 34748

Monette, Kyron
18420 Cypress Bay Parkway
Land O Lakes, FL 34638

Monjaraz, Fidel
2621 N. Crede Avenue
Crystal River, FL 34428

Monroe, Zachariah
456 Jackson Avenue
Brooksville, FL 34604

Moody, Zachary
39632 Meadowood Loop
Zephyrhills, FL 33542

Moore, Chelsea
260 SE 16th Terrace
Crystal River, FL 34429

Moosman, Boyd
9373 W. Chata Place
Crystal River, FL 34428

Mozdzen, Richard
4400 SE 61st St.
Ocala, FL 34480

Murray, Christopher
9718 North Cortland Dr.
Citrus Springs, FL 34434

MWI Corporation
33 NW 2nd St
Deerfield Beach, FL 33441

Napa
20060 Cortez Blvd
Brooksville, FL 34603

Napa Dunnellon
11473 N. Williams Street
Dunnellon, FL 34432

Napa Homosassa
1590 South Suncoast Blvd
Homosassa, FL 34448

Napa Inglis
24 Highway 19 N
Inglis, FL 34449-9625

Napa/Graham Auto Supply
1309 W. Main St.
Leesburg, FL 34748

National Trench Safety
8108 US Highway 301 North
Tampa, FL 33637

Neal, Troy
6130 S. Broad St., Lot #76
Brooksville, FL 34601

Nedeltchev, Nedeltcho
10571 Highway 40 E.
Inglis, FL 34449

Neill, Francis
4650 S. Hatteray Pt.
Lecanto, FL 34461

Nelson, Neil
9350 Eldridge Rd.
Springhill, FL 34608

Nichols, Nicholas
40609 Otis Allen Rd.
Zephyrhills, FL 33540

Nucor Skyline Steel, LLC
7380 Sand Lake Road, Ste. 135
Orlando, FL 32819

Nuss, Tracy
7088 N. Lecanto Hwy.
Hernando, FL 34442

O'Steen Brothers, Inc
1006 SE 4th Street
Gainsville, FL 32601

O'Sullivan, James
34830 Dana Ln.
Zephyrhills, FL 33541

Optimal Point Solutions LLC
3260 Sandy Shore Lane
Kissimmee, FL 34743

Osborne, Gavin
32 Locust Dr.
Ocala, FL 34472

Padgett, Clayton
P.O. Box 124
Ft. White, FL 32038

Painter, Joshua
11108 Millderdale Rd.
Weeki Wachee, FL 34614

Palmetto Prime of Tampa, Inc.
5423 N. 59th Street
Tampa, FL 33610

Pankow, Cody
27285 Hiawatha Blvd.
Brooksville, FL 34601

Pankow, Richard
27135 Townsend Blvd.
Brooksville, FL 34601

Paramount Industries, Inc.
439 North Street Ste., D
Greencove Springs, FL 32073

Parrish, Andre
3450 S. Suncoast Blvd, Lot #43
Homosassa, FL 34448

Parrott, Johnny
19364  Ft. Dade
Brooksville, FL 34601

Pasco County Board of County
Commissioners
Attn. Purchasing Department
8919 Government Drive
New Port Richey, FL 34654

Pasco County Board of County
Commissioners
7536 State Street, Suite 221
New Port Richey, FL 34654

Patrick G. Gilligan, Esq.
Gilligan, Gooding, Franjola &
Batsel, PA
1531 SE 36th Avenue
Ocala, FL 34471

PCS Civil, Inc.
f/k/a Pepper Contracting Services, Inc.
Attn.: Nathanael G. Winthrop
6920 Asphalt Avenue
Tampa, FL 33614

PCS Civil, Inc.
f/k/a Pepper Contracting Services, Inc.
6920 Asphalt Avenue
Tampa, FL 33614

Peopleready Florida, Inc
P.O. Box 740435
Atlanta, GA 30374-0435

Perez, Miguel
14510 Haynes Rd.
Dover, FL 33527

Perma Trak North America, LLC
8050 Corporate Center Dr.
Suite 100-J
Charlotte, NC 28226

Peters, Roger J.
6 Belleview Blvd., Unit 807
Belleair, FL 33756

Petrotech Southeast, Inc.
23800 County Road 561
Astatula, FL 34705

Phillips Edison & Co., Ltd.
c/o Krystal Yearwood Moise
Wilson, Elser, et al.
111 N. Orange Ave., #1200
Orlando, FL 32801

Phillips, Michael
11119 Canella Street
New Port Richey, FL 34654

Phillips, Ryan
1812 S. Sioux Rd.
Homosassa, FL 34448

PNC Equipment Finance, LLC
995 Dalton Ave.
Cincinnati, OH 45203

Powercore, Inc.
5101 W. Eau Gallie Blvd.
Melbourne, FL 32934-9134

Precision Approach, LLC
874 Harmony Rd.
Eatonton, GA 31024

Precision Powercutts
27551 Jackson Court
Okahumpka, FL 34762

Preferred Materials
P.O. Box 198350
Atlanta, GA 30374-8350

Prescription Engineering
Solutions, LLC
2029 Windwood Lane
Lakeland, FL 33813

Presha, Alphonso
4427 Essex Lane
Springhill, FL 34606

Preston, Robert
13321 Asbury St.
Springhill, FL 34609

Price, John
109 Brockway Lane
Brooksville, FL 34601

Procurement Services Director
Marion County Procurement
Services Department
2631 SE 3rd Street
Ocala, FL 34471

Pulvermuller, Karl
11134 SE 160th Court Rd.
Ocklawaha, FL 32179

Purohit, Nischala
9 E Geranium Ct.
Homosassa, FL 34446

Quick Care Med
P.O. Box 2066
Lecanto, FL 34460

R.H. Moore & Associates, Inc.
7834 Depot Lane
Tampa, FL 33637

Ram Tool Construction Supply Co.
P.O. Box 743487
Atlanta, GA 30374-3487

Rambo, Marvin
1188 CR 463 B
Lake Panasoffkee, FL 33538

Ramirez, Miguel
P.O. Box 1861
Inverness, FL 34451

Randolph, Lewis
6500 W. Holiday Dr.
Homosassa, FL 34446

Raney's Truck Parts, Inc.
1650 N.W. 38th Avenue
Ocala, FL 34482

Rangeline Tapping Services, Inc.
Po Box 210155
Royal Palm Beach, FL 33421

Ratliff, James
852 W. 478
Webster, FL 33597

Ratliff, Jesse
852 WC 478
Webster, FL 33597

Rawson, Edward
9031 Stone Drive
Webster, FL 33597

RCL Concrete Cutting & Coring
333 Falkenburg Rd. N
Tampa, FL 33619

Redding, Scott
P.O. Box 142
Hernando, FL 34441

Reliable Asphalt Products Inc.
P.O. Box 519
Shelbyville, KY 40066

Reyes, Jeanette
6501 SW 202nd Ct.
Dunnellon, FL 34431

Reynolds, Robert
18902 U.S. 41 South
Spring Hill, FL 34610

Rice, Abdul
12896 Sandspur Ct.
Springhill, FL 34609

Rider, Steven
400 N. Beckneel Pt.
Crystal River, FL 34429

Riley Auto Electric, Inc.
7256 W. Homosassa Trail
Homosassa, FL 34448

Ring Investments, LLC
500 World Commerce Parkway
Saint Augustine, FL 32092

Ring Power Corporation
500 World Commerce Parkway
St. Augustine, FL 32092

Roberts, Bret
5313 19th St.
Zephyrhills, FL 33542

Roberts, Glen
2055 Whitewood Avenue
Spring Hill, FL 34609

Roberts, Holly
38617 R.E. Lee Way
Zephyrhills, FL 33540

Roberts, Ronnie
12205 Legend Street
Springhill, FL 34609

Rock & Roll Pavers, Inc.
P.O. Box 3237
Dunnellon, FL 34430

Rodriguez, Antonio
13045 Montego St.
Spring Hill, FL 34609

Rodriguez, Hector Nevarez
2214 Hialeah Avenue
Leesburg, FL 34748

Rodriguez, Hugo Martinez
3089 Polk Ave.
Spring Hill, FL 34609

Rodriguez, Julio
1282 Gatewood Ave.
Spring Hill, FL 34608

Rodriguez, Roger
7431 Fort Dade Avenue
Brooksville, FL 34601

Roesler, Charles
4609 NE 20th Ct.
Ocala, FL 34479

Roman, Marc
4414 Crabapple Dr, Unit 308
Wesley Chapel, FL 33545

Rossiter, Jackson
25507 Hayman Rd.
Brooksville, FL 34602

Royal Highlands Property Owners
Association, Inc.
5350 Monarch Boulevard
Leesburg, FL 34748

Rubba, Keith
6171 Rhine Avenue
Springhill, FL 34609

Ruggiero, Christopher
3480 Dothan Avenue
Springhill, FL 34609

Ruttinger, David
19951 SE 107 Ave.
Inglis, FL 34449

RWH Construction Services Co.
1314 Oxbridge Drive
Lutz, FL 33549

Safe, Dave
P.O. Box 3493
Dunnellon, FL 34430

Safety Products, Inc.
P.O. Box 1688
Eaton Park, FL 33840

Safety-Kleen Systems
P.O. Box 975201
Dallas, TX 75397-5201

Salgado, Kevin
6843 124th Terr.
Largo, FL 33773

Samaroo, Gajendra
7312 Apache Trl.
Springhill, FL 34606

Samsara Capital Finance
7077 E. Marilyn Rd., Ste. 125
Scottsdale, AZ 85254

Samsara Capital Finance
P.O. Box 84783
Seattle, WA 98124-6083

Sand/Land of Florida, Inc.
P.O. Box 328
Holder, FL 34445

Sanders, James
156 Winston Manor Circle
Suffner, FL 33584

Saylor, Jeremiah
1820 NE 3rd St.
Ocala, FL 34470

Scherer Quality Farms, Inc.
17791 SE 80th Street
Morriston, FL 32668

Schlabach Security & Sound
2181 W. Norvell Bryant Hwy
Lecanto, FL 34461

Scope Leasing
200 Civic Center Drive
Suite 110
Columbus, OH 43215

Scott, Carl
6696 W. Hwy 48
Bushnell, FL 33513

Scott, Craig
1602 SE 39th Pl.
Gainesville, FL 32641

Scroggie, Cagon
12530 SE 57th Avenue
Belleview, FL 34420

Sean A. Mickley, Esq.
Kirwin Norris, P.A.
15 W. Church Street
Suite 301
Orlando, FL 32801

Sesco Brushes
3825 Maine Ave.
Lakeland, FL 33801-9779

Seven Hills Station, LLC
c/o Krystal Yearwood Moise
Wilson, Elser, et al.
111 N. Orange Ave., #1200
Orlando, FL 32801

Sewell, Deon
15026 SE 44th Avenue
Starke, FL 32091

Shannon Jr., Carl
8610 SE 314 A
Ocklawaha, FL 32179

Shaw, Tyler
8908 Warrior Way
Hudson, FL 34667

Sheeks, Jonathan
5161 Haberman Dr.
Brooksville, FL 34601

Shelko, Alex
11210 SW 186th Cir.
Dunnellon, FL 34432

Skelton, Cody
9931 NW 66th Terrace
Chiefland, FL 32626

Skowron, Michael
3 Foxglove Ct.
Homosassa, FL 34446

Smiling, Justina
5114 E. Prentice Ln.
Inverness, FL 34452

Smith & Son's Sod Co.
4661 West Sr 238
Lake Butler, FL 32054

Smith, Andree
30603 Midtown Ct.
Wesley Chapel, FL 33545

Smith, Anthony
5140 Counselor Dr., Apt. 303
Tampa, FL 33541

Smith, Brian
20411 Five Palms
Springhill, FL 34610

Smith, Dusty
P O Box 5216
Hudson, FL 34674

Smith, Maria
240 E Early St.
Brooksville, FL 34601

Smith, Michael
240 E Early St.
Brooksville, FL 34601

Smith, Reginald
7019 San Ramon Pl.
Tampa, FL 33617

Sodmore, LLC
P.O. Box 295
McAlpine, FL 32062

South, Frank
8620 Indies Dr.
Hudson, FL 34667

Southall, Henry
503 S. Brooksville Avenue
Brooksville, FL 34601

Southeastern Concrete
Construction, LLC
2930 1st Lane SW
Vero Beach, FL 32968

Southern Agricultural Soil Grp
3474 Kettering Road
Brooksville, FL 34602

Staats, Daniel
15507 Wilson Blvd
Brooksville, FL 34604

Standard Utilities, Inc.
709 Gil Harbin Industrial Blvd
Valdosta, GA 31801

State of Florida Department of
Transportation
719 S. Woodland Blvd.
Deland, FL 32720

State of Florida Department of
Transportation
605 Suwannee Street
Tallahassee, FL 32399-0450

Sterling Ideas, Inc.
P.O. Box 221
Lecanto, FL 34460-0221

Stone, Andrew
16129 Magnolia Warbler Rd.
Weeki Wachee, FL 34614

Strother, Anthony
3 King Circle
Brooksville, FL 34601

Strother, Natteal
1286 S. Rockcrusher Rd.
Homosasass, FL 34448

Sun State International Trucks
17127 Runway Drive
Brooksville, FL 34604

SunTrust Bank
3333 Peachtree Road, NE
Atlanta, GA 30326

SunTrust Bank
211 Perimeter Center Parkway
Suite 100
Atlanta, GA 30346

SunTrust Bank
P.O. Box 79079
Baltimore, MD 21279-0079

SunTrust Equipment Finance
P.O. Box 79194
Baltimore, MD 21279-0194

SunTrust Equipment Finance & Leasing
Corp.
245 Peachtree Center Ave., NE
17th Floor
Atlanta, GA 30303

SunTrust Equipment Finance & Leasing
Corp.
P.O. Box 4418
Atlanta, GA 30302

SunTrust Equipment Finance & Leasing
Corp.
235 Peachtree Center Ave.
17th Floor
Atlanta, GA 30303

Swank Construction Company LLC
632 Hunt Valley Circle
New Kensington, PA 15068

Sweep It, LLC
5300 Vista Club Run
Sanford, FL 32771

Synergy Rents, LLC
Mail Code: 5640
P.O. Box 71200
Charlotte, NC 28272-1200

Tanoira, Augustina
c/o Hussein S. El Rashidy
The EH Law Firm, LLP
912 South Andrews Avenue
Fort Lauderdale, FL 33316

Taylor, Jr. William
7624 County Rd 629
Bushnell, FL 33513

Taylor, William
7624 County Rd. 629
Bushnell, FL 33513

Teco People Gas
P.O. Box 31318
Tampa, FL 33631-3318

Teel, James
5581 S. Barco Terrace
Inverness, FL 34452

Testlab Inc.
3317 Princeton Road
Brooksville, FL 34604

Thacker, Kevin
9475 N. Argo Way
Citrus Springs, FL 34434

Tillson, Homer
5312 S. Oldfield Avenue
Homosassa, FL 34446

Timmons Contracting, Inc.
6204 - 33rd Street East
Bradenton, FL 34203

Timmons, Jonathan
7690 W. Fern Pl.
Homosassa, FL 34448

Titan America
P.O. Box 932622
Atlanta, GA 31193-2622

Tolbert, Reginald
1105 Gladys St.
Brooksville, FL 34601

Torres, Alex
11372 Riddle Dr.
Springhill, FL 34609

Touchdown Logistics, LLC
6201 Cedar Glen Drive
Wesley Chapel, FL 33544

Traffic Control Products of Florida
5514 Carmack Road
Tampa, FL 33610-9416

Trams, Mike
11240 Northwood Drive, Lot #35
Inglis, FL 34449

Triano, Michael
6611 West Venable Street
Crystal River, FL 34429

Tricon Precast Limited
15055 Henry Road
Houston, TX 77060

Tru-Mark, Inc.
31719 Long Acres Dr.
Sorrento, FL 32776

Truman, Jr., Wayne & Maryann
c/o William H. Winters, Esq.
Winters & Yonker, P.A.
601 Swann Street
Tampa, FL 33606

Truman, Spencer
c/o William H. Winters, Esq.
Winters & Yonker, P.A.
601 Swann Street
Tampa, FL 33606

Truist Bank
245 Peachtree Center Ave.
Atlanta, GA 30303

Truist Bank
f/k/a SunTrust Bank
401 East Jackson Street
20th Floor
Tampa, FL 33602

Truist Equipment Finance Corp.
P.O. Box 4418
Atlanta, GA 30302

TTCS, Inc
1212 N. 39th Street
Suite 400
Tampa, FL 33605

Twiss, Randy
8908 Warrior Way
Hudson, FL 34667

Ulch, Joseph
3016 Marshall Avenue
Springhill, FL 34609

United Rentals (N.Amer), Inc
6125 Lakeview Road
Suite 300
Charlotte, NC 28269

Universal Engineering Sciences
3532 Maggie Blvd.
Orlando, FL 32811

Universal Environmental Services
411 Dividend Dr.
Peachtree City, GA 30269

Urban, Robert
4195 E Parsons Point Rd, Lot 1
Hernando, FL 34442

Vanderberg, James
8560 N. Discalfani Loop
Crystal River, FL 34428

Vandever, Daniel
9351 Woodview Drive
Polk City, FL 33868

Vandewarker, David
4328 Deltona Blvd.
Springhill, FL 34606

Vanterpool, Tre
6532 W. Norvell Bryant Hwy.
Crystal River, FL 34429

Vaughn, Trent
24 Michigan Dr.
Inglis, FL 34449

Verizon Wireless
P.O. Box 660108
Dallas, TX 75266-0108

Vezina, Lawrence & Piscitelli, P.A.
The Walker-Lee House
413 East Park Avenue
Tallahassee, FL 32301

Vicks, Roger
1117 Baker St.
Leesburg, FL 34748

Vinson, Jarad
3651 North Hiawatha Terrace
Crystal River, FL 34428

Wallace, Joe
6110 1st Avenue
New Port Richey, FL 34652

Waste Connections of Florida
P.O. Box 535233
Pittsburgh, PA 15253-5233

Waverley Florist, Inc.
302 NE 3rd Street
Crystal River, FL 34429

WBE Environmental, Inc.
dba Florida Silt Fence
P.O. Box 740215
Orange City, FL 32774-0215

Webster, William
11750 NE 90th St.
Bronson, FL 32621

Welch, Jeremy
3477 Landing View
Tavares, FL 32778

Wells Fargo, N.A.
Payment Remittance
P.O. Box 6415
Carol Stream, IL 60197-6415

Western Surety Company
151 N. Franklin Street
17th Floor
Chicago, IL 60606

Wheaton, Jackie
62 Ederington Drive
Brooksville, FL 34601

Whetstone Oil Co., Inc
P.O. Box 1257
Crystal River, FL 34423-1257
White Cap, L.P.
P.O. Box 4852
Orlando, FL 32802-4852

White, Arthur
18853 Holden Dr.
Spring Hill, FL 34610

White, Christopher
11350 Fl-121
Inglis, FL 34449

White, Gregory
11350 Fl-121
Inglis, FL 34449

White, Nick
2594 S. Columbine Ave.
Homosassa, FL 34448

Wilbanks, Brian
208 South Truett Street
Leesburg, FL 34748

Wildey, Harrison
6375 SE 149th Ct Rd.
Ocklawaha, FL 32179

Wildwood Tire Company
200 Gulf To Atlantic Hwy
Wildwood, FL 34785

Wilson, Justin
18451 SE Highway 19
Inglis, FL 34449

Winzer Corporation
P.O. Box 671482
Dallas, TX 75267-1482

Wiseman, Michael
18 Water Trace
Ocala, FL 34472

Woodworth, Daniel
10054 Amidon St.
Spring Hill, FL 34608

Woolever, Matthew
P.O. Box 915
Lady Lake, FL 32158

Woolsey, Joseph
12710 Social Dr.
Hudson, FL 34667

World Diamond Source
2987 Center Port Circle
Suite 4/5
Pompano Beach, FL 33064

Wright, John
4938 Oakfield Circle
Dade City, FL 33523

Xerox Corporation
P.O. Box 827598
Philadelphia, PA 19182-7598

Xylem Dewatering Solutions, Inc.
26717 Network Place
Chicago, IL 60673-1267

Young, Bobbi
15320 Taralane Avenue
Brooksville, FL 34604

Young, Richard
20287 Lake Lindsey Rd.
Brooksville, FL 34601

Young, Stanley
12064 Palmetto Way
Dunnellon, FL 34432

Zabielski, Stephen
111 N. Fresno Avenue
Hernando, FL 34442

Zep Sales & Service
1310 Seaboard Industrial Blvd.
Atlanta, GA 30318-2825