UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

**FILED**
Date: 2/23/2024 @ 9:43AM via: email
Clerk, U.S. Bankruptcy
Orlando Division

In re:  Case No.: 6:21-bk-04053-KSJ

D.A.B. CONSTRUCTORS, INC.,[1]  Chapter 7 Case

Debtor.
_____/

### ARCH INSURANCE COMPANY'S QUARTERLY REPORT FOR THE PERIOD ENDING FEBRUARY 29, 2024

COMES NOW the Creditor, ARCH INSURANCE COMPANY ("ARCH"), by and through its undersigned counsel and in accordance with this Court's *Order Granting Motion to Approve Settlement Pursuant to Rule 9019, Fed. R. Bankr. P.* **[Doc. No. 303]**, who hereby delivers its *Quarterly Report for the Period Ending February 29, 2024 and Motion to be Excused from Further Reporting*, and discloses as follows:

I. **Extent of the Performance or Payment Under Each Bond:**

As of *November 30, 2023*, ARCH has <u>completed</u> performance on Project: T7383 / Bond No.: SU1138119 on behalf of the Debtor, D.A.B. CONSTRUCTORS, INC. ("Debtor"), under the *Takeover Agreement* entered into with the Florida Department of Transportation ("FDOT") for the completion of the project known as "SR 55 (US 19) from W. Green Acres St. to W. Jump Ct."

---

[1] The last four digits of the Debtor's federal tax identification number are 6542.

CASE NO.: 6:21-bk-04053-KSJ

## II. Who Has Been Paid and in What Amounts

From January 6, 2022 to *February 29, 2024*, ARCH has issued payments under the various bonds issued on behalf of the Debtor as follows:

| Bond No. | Payee | Amount |
|---|---|---|
| SU 1138119 | David Nelson Construction Co. | $9,737,458.32 |
| SU 1138119 | Optimal Point Solutions | $512.40 |
| SU 1138119 | Acme Barricades | $450,000.00 |
| SU 1138119 | Delamere Industries | $1,068.00 |
| SU 1138119 | Scherer Quality Farms, Inc. | $35,975.84 |
| SU 1138119 | American In-Line Inspection Service, Inc. | $21,324.14 |
| SU 1138119 | Lovin Construction | $5,236.30 |
| SU 1138119 | United Rentals (North America), Inc. | $19,929.30 |
| SU 1138119 | All South Underground, LLC | $15,790.00 |
| SU 1138119 | Alers Hauling Inc. | $84,185.00 |
| SU 1138119 | MWI Corporation | $28,859.27 |
| SU 1138119 | Argos USA LLC | $8,307.79 |
| SU 1138119 | Diamond C Logistics LLC | $36,556.84 |
| SU 1138119 | Angelo's Recycled Materials | $30,409.60 |
| SU 1138119 | Vortex Services, LLC | $122,029.85 |
| SU 1138119 | Central Testing Laboratory, Inc. | $20,877.72 |
| **TOTAL** | | **$10,618,520.37** |

## III. The Extent of the Work Left on the Projects, including the Percentage of Completion

As of *November* 30, 2023, work on Project: T7383 / Bond No.: SU1138119 is 100% complete.

CASE NO.: 6:21-bk-04053-KSJ

## IV. Amounts Received Under the Contracts and Date of Receipt of Contract Funds

From November 30, 2022 through February 29, 2024, ARCH has received **$637,226.01** from FDOT on Project: T7383 / Bond No.: SU1138119

## V. The Remaining Amounts Owed Under the Contracts

As of February 29, 2024, ARCH and FDOT continue to seek to finalize a settlement by which ARCH anticipated receipt of +/- $160,592.42 from FDOT – representing the parties' final reconciliation and resolution of their respective claims under the Contract.

DATED this 13 day of February 2024.

ARCH INSURANCE COMPANY

*Katie M. DeCree*
**Katie McFadden DeCree**
**Senior Claims Examiner**